**Douglas M. MAESTAS,
Petitioner/Appellant,**

v.

**Mary Ann Maestas HOWALD,
Respondent,**

**Carol Jane Clark, Intervenor/Respondent.**

No. 67790.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1995.

Charles L. Coulter, St. Louis, for appellant.

Darryl L. Hicks, Warrenton, for intervenor/appellee.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Father appeals from the trial court's judgment granting visitation privileges to maternal grandmother. We affirm. The findings and conclusions of the trial court are not erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-

firming the judgment pursuant to Rule 84.16(b).

■

**John W. HEBB, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 68386.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J. and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).